IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Scherer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Crestline Hotels & Resorts, LLC,<br><br>Defendant. | Case No. 0:22-cv-00966-KMM-LIB |

**CONSENT MOTION FOR ENTRY OF CONSENT DECREE**

Having engaged in comprehensive settlement negotiations and having agreed that the above-captioned action should be resolved by entry of the proposed consent decree attached to this motion as Exhibit 1, for the reasons state therein, Plaintiff Gary Scherer, with consent of Defendant Crestline Hotels & Resorts, LLC, moves for the entry of the Consent Decree.

Dated: November 1, 2022

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
nickc@lcllp.com
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorneys for Plaintiff*