IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Scherer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Crestline Hotels & Resorts, LLC,<br><br>Defendant. | Case No. 22-cv-966-KMM-LIB |

**ORDER GRANTING CONSENT MOTION
FOR ENTRY OF CONSENT DECREE**

Pursuant to the Consent Motion for Entry of Consent Decree (ECF No. 19), and after a review of the consent decree which shows that it is procedurally and substantively fair, reasonable, and consistent with governing law, it is hereby ordered that said Motion is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: November 2, 2022

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge