# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gary Scherer, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-966 KMM/LIB |
| Crestline Hotels & Resorts, LLC., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to the Consent Motion for Entry of Consent Decree (ECF No. 19), and after a review of the consent decree which shows that it is procedurally and substantively fair, reasonable, and consistent with governing law, it is hereby ordered that said Motion is GRANTED.

Date: 11/4/2022                                                                                     KATE M. FOGARTY, CLERK